Due to the Christmas holiday there is no Nebraska Court of Appeals release for the week of December 24, 2018.